AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| Securities and Exchange Commission<br><br>*Plaintiff(s)*<br>v.<br>Profile Solutions, Inc., Dan Oran, and<br>Leonard M. Tucker<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 22-cv-61699-JEM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Profile Solutions, Inc.
Registered Agent: Oran, Dan
8411 West Oakland Park Blvd.
Ste 202
Sunrise, FL 33351

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Amie Riggle Berlin, Esq.
801 Brickell Avenue
Suite 1950
Miami, Florida  33131
(305) 982-6322

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Sep 9, 2022

s/ Nadhege Augustin
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| Securities and Exchange Commission<br><br>*Plaintiff(s)*<br>v.<br>Profile Solutions, Inc., Dan Oran, and<br>Leonard M. Tucker<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  22-cv-61699-JEM |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Dan Oran
427 COCONUT CIR
WESTON, FL 33326-3321

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Amie Riggle Berlin, Esq.
801 Brickell Avenue
Suite 1950
Miami, Florida  33131
(305) 982-6322

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Sep 9, 2022



Angela E. Noble
Clerk of Court

*s/ Nadhege Augustin*
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| Securities and Exchange Commission | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 22-cv-61699-JEM |
| Profile Solutions, Inc., Dan Oran, and Leonard M. Tucker | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Leonard M. Tucker
19602 Estuary Drive
Boca Raton, Florida 33498

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Amie Riggle Berlin, Esq.
801 Brickell Avenue
Suite 1950
Miami, Florida 33131
(305) 982-6322

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 9, 2022



Angela E. Noble
Clerk of Court

*s/ Nadhege Augustin*
Deputy Clerk
U.S. District Courts

SUMMONS